# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSE F.S. SIMOY,<br><br>    Petitioner,<br><br>    v.<br><br>NANCY T. MCKINNEY, Warden<br><br>    Respondent. | No. 5:22-cv-02211-KK-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's "Opposition to the U.S. Parole Commission Appeal Notice of Action." It appears that that Opposition does not object to any portion of the Report and Recommendation's analysis, and the Court does not treat it as an Objection to the Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. The Petition is dismissed without prejudice and with leave to amend.
3. Petitioner is instructed to file any amended Petition within 30 days

of the Court's Order. Petitioner is expressly warned that failure to timely file an amended Petition will result in this action being dismissed without prejudice for failure to prosecute and comply with Court orders. See FED. R. CIV. P. 41(b).

4. The Court Clerk shall serve this Order on all counsel or parties of record.

DATED: July 8, 2024

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE