UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSE F.S. SIMOY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>NANCY T. McKINNEY,<br><br>　　　　Respondent. | No. 5:22-cv-02211-KK-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's September 18, 2024, Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.　The Report and Recommendation is accepted.

2.　The Petition is denied.

3.　Judgment shall be entered dismissing this action without prejudice for failure to prosecute and comply with Court orders.

   4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: November 6, 2024

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

2