JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JOSE F.S. SIMOY,<br><br>        Petitioner,<br><br>    v.<br><br>NANCY T. McKINNEY,<br><br>        Respondent. | No. 5:22-cv-02211-KK-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed without prejudice for failure to prosecute and comply with Court orders.

DATED: November 6, 2024

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE